UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
YAO WANG,                                                    :
:
Plaintiff,        :
:           21-cv-11205 (VSB)
-against-                 :
:                **ORDER**
:
ALEJANDRO MAYORKAS, et al.,                                  :
:
Defendants.       :
:
-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 30, 2021, Plaintiff filed this action against Defendants. (Doc. 1.) On March 31, 2022, I issued an order for Plaintiff to submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to file an affidavit of service or otherwise take any action to prosecute this case. (Doc. 4.) I warned Plaintiff that failure to submit a letter by April 7, 2022 would result in dismissal of this action. (*Id*.) That deadline has passed, and Plaintiff has not submitted a letter demonstrating good cause. Accordingly, it is hereby:

       ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    April 15, 2022
           New York, New York

                                                              VERNON S. BRODERICK
                                                              United States District Judge